UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In the Matter of the Tax Indebtedness
of William H. Shaughnessy            Civil No.

DECLARATION IN SUPPORT OF PETITION
FOR JUDICIAL APPROVAL OF LEVY
UPON PRINCIPAL RESIDENCE

I, Frank Centrella, pursuant to the provisions of 28 U.S.C. § 1746 and in support of the United States' Petition for Judicial Approval of Levy Upon Principal Residence, declare that:

1. I am a duly commissioned Revenue Officer of the Collection Division of the Internal Revenue Service, with a post of duty in Stoneham, Massachusetts.

2. In my capacity as a Revenue Officer, I am assigned to collect the unpaid income tax liabilities of William H. Shaughnessy for the years ending December 31, 1995, 1996, 1998, 1999, 2001, and 2002.

3. The property on which the Internal Revenue Service desires to levy ("Property") is located at 14 Osgood Street, Andover, MA. The property is legally described as:

> A certain parcel of land with the buildings thereon situated in Andover, Essex County, Massachusetts, shown as Lot 7-A on Plan of Land in Andover, Mass., showing a change in lot lines, October 10, 1978", which Plan has been duly recorded in the North Essex District Registry of Deeds, as Plan No. 7943, bounded and described as follows:
>
> NORTHERLY by Osgood Street in two courses, one hundred and 07/100 (100.07) feet and seventy-nine and 93/100 (79.93) feet;
>
> SOUTHEASTERLY by Lot 6-A in two courses, forty-eight and 95/100 (48.95) feet and thirty-three and 11/100 (33.11) feet;

>NORTHEASTERLY by Lot 6-A, forty-seven and 16/100 (47.16) feet;
>
>EASTERLY by Lot 6-A, one hundred thirty-eight and 88/100 (138.88) feet;
>
>SOUTHERLY by Lots 11 and 12 in two courses, seven and 00/100 (7.00) feet, and one hundred and sixty-seven and 54/100 (167.54) feet; and
>
>WESTERLY by land now or formerly of Loomer, two hundred sixty and 00/100 (260.00) feet.
>
>All as shown on Plan No. 7943 at said Registry and containing 44,636 square feet according to said Plan.

4. I have examined the deed located at the Northern Essex Registry of Deeds in Lawrence, Massachusetts. That record reflects that William H. Shaughnessy owns an interest in the property.

5. I have examined the records of the Internal Revenue Service, and those records reflect that the IRS made assessments against William H. Shaughnessy for the years 1995, 1996, 1998, 1999, 2001 and 2002 for income taxes, penalties, and interest. The amounts and dates of the assessments are shown on the attached transcripts of account. Ex. 1.

6. For the years 1995, 1996, 1998, 1999, 2001, and 2002, notice of the assessments and demand for payment were duly given to the taxpayer. Despite notice and demand for payment, the taxpayer has failed to pay the liabilities in full.

7. After taking into account payments, credits, and adjustments to the federal income tax assessments made against Mr. Shaughnessy for the years 1995, 1996, 1998, 1999, 2001, and 2002, the balance owed on those assessments is as follows:

| Year | Amount Owed | Balance "as of" date |
|---|---|---|
| 1995 | $9,371.26 | January 13, 2004 |
| 1996 | 72,556.24 | January 13, 2004 |
| 1998 | 25,700.43 | January 13, 2004 |
| 1999 | 12,012.54 | January 13, 2004 |
| 2001 | 36,314.77 | November 30, 2004 |
| 2002 | 9,453.20 | November 30, 2004 |
| Total | $165,408.40 | |

8. The Internal Revenue Service has followed the requirements of applicable law and administrative procedures relevant to a levy upon the property.

I declare under penalty of perjury that the foregoing is true and correct.

FRANK CENTRELLA
Revenue Officer