UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
IN THE MATTER OF THE          )
TAX INDEBTEDNESS OF           )    MBD NO.
WILLIAM H. SHAUGHNESSY,       )
                              )
_____)
```

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the petitioner, United States of America, in the above-captioned matter.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By: *Karen A. Smith* (by BAS)
KAREN A. SMITH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, DC   20044
(202) 307-6588

Dated: 12/30/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
IN THE MATTER OF THE           )
TAX INDEBTEDNESS OF            )     MBD NO.
WILLIAM H. SHAUGHNESSY,        )
                               )
_____)
```

### NOTICE OF APPEARANCE

Please enter the undersigned as local counsel for purposes of notification of filings, for the plaintiff, United States of America, in the above-captioned matter. Attorney Karen A. Smith will remain as lead counsel for the plaintiff.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Barbara Healy Smith*
BARBARA HEALY SMITH
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3282
Fax No. (617) 748-3971

Dated:   December 30, 2004