UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil No. 04-mc-10364 RCL

In the Matter of the Tax Indebtedness )
of William H. Shaughnessy )

## ANSWER

Now comes the respondent in answer to the petition filed and responds as follows:

1. Admits the allegations in paragraph 1.
2. Admits the allegations in paragraph 2.
3. 
a. The respondent admits that some tax liability is owed but disputes the amount owed and the method(s) of determination and/or method(s) of collection and/or timely of said collection.
b. In further answering, the respondent submits that the relevant requirements of administration procedures have been followed and/or exhausted and/or completed.
   In further answering, the respondent submits that the relevant requirements of the applicable law relevant to levy have not been followed or

   conducted for any one or more of the following reasons:

   For months, tax representation in this matter has been in the hands of J.K. Harris (herein J.K. Harris) (tax representation firm), 4995 Lacrosse Road, Charleston, SC 29406, and it is expected that J.K. Harris would file relevant documents and/or and offer in compromise and/or otherwise effectively represent your respondent in this matter.

c. The respondent denies that no reasonable alternatives for the collection of taxes exists.

4. The respondent admits he owns the subject property, but denies that no reasonable alternatives exist for the collection of the taxpayer's debt and respectfully submits the matter should be handled by way of offer in compromise (through J.K. Harris) and/or conferences, and/or other relevant means.

5.

a-b. The respondent states that he is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 5a and 5b.

2

6.

a-b. The respondent states that he is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraphs 6a and 6b.

7.

a-b. The respondent states that he is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraphs 7a and 7b.

8.

a-b. The respondent states that he is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraphs 8a and 8b.

9.

a-b. The respondent states that he is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraphs 9a and 9b.

10.

a-b. The respondent states that he is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraphs 10a and 10b.

11. The respondent denies the allegations contained in paragraph 11.

12. The respondent admits the allegations contained in paragraph 12 concerning attempting collection, but denies the allegations concerning reasonable alternative(s) under the Tax Code.

WHEREFORE, your respondent prays:

(A) Schedule a pre-trial conference;

(B) Order that the case be continued pending the receipt of an Offer in Compromise to the Internal Revenue Service and/or other attempts to resolve the matter; and

(C) Enter such further order that this Honorable Court deems meet and just.

William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810

4