```
                                          FILED
                                    IN CLERK'S OFFICE
         UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS   2005 FEB 15  P 12: 32

                       MBD No. 1:04-mc-10364 RCL
                                      U.S. DISTRICT COURT
                                       DISTRICT OF MASS.
```

                                                    )
In the Matter of the Tax Indebtedness   )
of William H. Shaughnessy               )
                                                    )
                                                    )

## REQUEST FOR PRE-TRIAL CONFERENCE

Now comes the respondent in the above case and respectfully requests this Honorable Court to schedule a pre-trial conference.

William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810