FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB 15  P 12: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil No.

In the Matter of the Tax Indebtedness )
of William H. Shaughnessy             )
                                      )
                                      )

## MOTION TO CONTINUE

Now comes the respondent in the above case and respectfully requests that this Honorable Court continue the above proceedings.

As grounds therefore, the respondent referred this tax matter to a tax consultant (J.K. Harris, tax representation firm), 4995 Lacrosse Road, Charleston, SC 02904, and additional time is needed to effect a compromise and/or other solution(s), thereby making court action unnecessary.

WHEREFORE, your respondent respectfully requests that this matter be continued 90 days.

William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810