UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
_____
In the Matter of the Tax        )   Civil No. 1:04-MC-10364-RCL
Indebtedness of                 )   Judge Lindsay
William H. Shaughnessy.         )
                                )
_____)
```

NOTICE OF APPEARANCE

Please enter my appearance as lead counsel for the petitioner, United States of America, in the above-captioned matter.

```
Dated: April 26, 2005           UNITED STATES OF AMERICA
                                (Department Of The Treasury,
                                Internal Revenue Service),
                                Petitioner

                        By:     /s/ Henry J. Riordan
                                HENRY J. RIORDAN (bbo #548579)
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Post Office Box 55
                                Ben Franklin Station
                                Washington, D.C.  20044
                                Tel. No.: (202) 307-1120
                                Fax No.: (202) 514-5238
                                E-Mail: henry.j.riordan@usdoj.gov
```

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on April 26, 2005, I electronically filed the foregoing with the Clerk of the District Court using the EM/ECF system, which sent notification of such filing to the following:

   None.

Parties may access this filing through the Court's system.

      And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

   William H. Shaughnessy
   14 Osgood Street
   Andover, MA 01810


               <u>/s/ Henry J. Riordan</u>
               Henry J. Riordan
               Trial Attorney, Tax Division