UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
_____
In the Matter of the Tax       )   Civil No. 1:04-MC-10364-RCL
Indebtedness of                )   Judge Lindsay
William H. Shaughnessy.        )
                               )
_____)
```

### NOTICE THAT SHOW CAUSE HEARING HAS BEEN RE-SCHEDULED

PLEASE TAKE NOTICE that the Show Cause Hearing, previously scheduled for May 17, 2005, has been moved to Monday, May 16, 2005, at 2:30 o'clock p.m.

Dated: April 26, 2005         UNITED STATES OF AMERICA
                              (Department Of The Treasury,
                              Internal Revenue Service),
                              Petitioner

                         By:  /s/ Henry J. Riordan
                              HENRY J. RIORDAN (bbo #548579)
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 55
                              Ben Franklin Station
                              Washington, D.C.  20044
                              Tel. No.: (202) 307-1120
                              Fax No.: (202) 514-5238
                              E-Mail: henry.j.riordan@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2005, I electronically filed the foregoing with the Clerk of the District Court using the EM/ECF system, which sent notification of such filing to the following:

    None.

Parties may access this filing through the Court's system.

      And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

    William H. Shaughnessy
    14 Osgood Street
    Andover, MA 01810


    /s/ Henry J. Riordan
    Henry J. Riordan
    Trial Attorney, Tax Division