UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 1:04-mc-10364 RCL

In the Matter of the Tax Indebtedness )
of William H. Shaughnessy )

## MOTION TO STAY PROCEEDINGS

Now comes the Respondent and respectfully moves this Honorable Court to stay the proceedings.

As grounds therefore, the respondent states:

1. Administrative Procedures have not been exhausted, as required by 26 USC, Section 6330, et. seq.; and

2. The respondent has submitted an offer in compromise to the IRS, and the IRS must stop litigation while the offer is pending.

WHEREFORE, the Respondent respectfully moves this Honorable Court to stay this proceeding until administrative procedures and appeals have been complied with.

Respectfully submitted

William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810