UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 1:04-mc-10364 RCL

In the Matter of the Tax Indebtedness )
of William H. Shaughnessy )

## MOTION TO COMPEL
## EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Now comes the Respondent and respectfully submits to this Honorable Court as follows:

The complaint of the Internal Revenue Service (IRS) was entered with this Court without complying with the statutory procedures, 26 USC, Section 6330, et. seq., as amended, that apply to all cases in this type of case.

These regulations, finalized in 2002, provide, inter alia, for the following:

1. Notice of pre-levy, Reg. Section 301.6330-1(a)(3), Q&A A1.

2. Notice of post-levy, Reg. Section 301.6330-1(a)(2)(i)

3. Right to collection due process hearing, Reg. Sec. 6330-1(a)(3), Q&A A6.

4. Right to administrative appeal, Reg. Sec. 6330-1(a)(3), Q&A A6.; and

5.  Alternatives available to taxpayer (including installment payments),Reg. Sec. 6330-1(a)(3), Q&A A6.

WHEREFORE, the Respondent respectfully moves this Honorable Court to compel the IRS to comply to administrative procedures under the Internal Revenue Code before proceeding with this case.

        Respectfully submitted

        _____
        William H. Shaughnessy, pro se
        14 Osgood Street
        Andover, MA 01810

2