UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 1:04-mc-10364 RCL

In the Matter of the Tax Indebtedness )
of William H. Shaughnessy )

## MOTION TO PROHIBIT DISCRIMINATORY PROSECUTION UNDER 26 USC, SECTION 6334

Now comes the respondent and respectfully submits to this Honorable Court as follows:

1) The Respondent is being prosecuted under 26 USC, Section 6334 (see complaint);

2) Since the passage of Internal Revenue Service Restructuring and Reform Act of 1998, there are no decisions under 26 USC, Section 6334 concerning seizure of a defendant's property.

3) Pursuant to the IRS Restructuring and Reform Act of 1998, the statutory procedure to be followed is set forth in 26 USC, Section 6330, et. seq.

WHEREFORE, the Respondent respectfully moves this Honorable Court to prohibit the discriminatory prosecution under 26 USC, Section 6334, and allow the Respondent the statutory rights and protections afforded under 26 USC, Section 6330, et. seq.

Respectfully submitted,

William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In the Matter of the Tax
Indebtedness of William H. Shaughnessy        Civil No. _____

PETITION FOR JUDICIAL APPROVAL OF
LEVY UPON PRINCIPAL RESIDENCE

The United States, by its attorneys, and upon the accompanying Declaration, petitions this Court for an order approving an administrative levy by the Internal Revenue Service upon a principal residence. In support of this petition, the United States submits the accompanying Declaration and asserts as follows:

1. This proceeding is brought, and the Court's jurisdiction arises, pursuant to section 1340, 28 U.S.C., and sections 6334(e)(1) and 7402(a) of the Internal Revenue Code (26 U.S.C.) ("Code").

2. Code section 6334, as is pertinent here, exempts from administrative levy by the Internal Revenue Service property used as the principal residence of the taxpayer (within the meaning of Code section 121 ("Property")), unless such levy is to satisfy a liability which exceeds $5,000, and is approved, in writing, by a United States District Court Judge or Magistrate Judge. See 26 U.S.C. §§ 6334(a)(13) and 6334(e)(1).

3. To obtain approval from the Court, the United States must demonstrate that

   a. the liability is owed,

   b. the requirements of any applicable law or administrative procedure relevant to the levy have been met, and,