UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 1:04-mc-10364 RCL

In the Matter of the Tax Indebtedness )
of William H. Shaughnessy )

### REQUEST FOR
### PRE-TRIAL CONFERENCE

Now comes the respondent in the above case and respectfully requests this Honorable Court to schedule a pre-trial conference, pursuant to Rule 16 F.R.C.P., to discuss the respondent's motions and supporting memorandum.

Respectfully submitted

William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810