UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 1:04-mc-10364 RCL

In the Matter of the Tax Indebtedness )
of William H. Shaughnessy )

### CERTIFICATE OF SERVICE

I, William H. Shaughnessy, hereby certify that a copy of the foregoing has been served upon the following, via Federal Express on this 2nd day of ~~April~~ May 30, 2005:

Henry J. Riordan, Esq.
Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810